**Supreme Court**
STATE OF LOUISIANA
New Orleans

CHIEF JUSTICE
    JOHN L. WEIMER         Sixth District
JUSTICES
    WILLIAM J. CRAIN        First District
    SCOTT J. CRICHTON      Second District
    JAMES T. GENOVESE    Third District
    JAY B. MCCALLUM       Fourth District
    JEFFERSON HUGHES    Fifth District
    PIPER D. GRIFFIN        Seventh District

VERONICA O. KOCLANES
CLERK OF COURT

400 Royal St., Suite 4200
NEW ORLEANS, LA  70130-8102

TELEPHONE  (504) 310-2300
HOME PAGE  http://www.lasc.org

April 10, 2024

Hon. Scott S. Harris
Clerk, U.S. Supreme Court          23-MC-166
Office of the Clerk
1 First Street, NE
Washington, D.C. 20543

**RECEIVED**
APR 15 2024
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Re:     *In Re:  Stephen Sterling, III*
        Louisiana Bar Roll no. 27298
        La. Supreme Court docket no. 2023-B-01094

Dear Mr. Harris:

Enclosed please find a copy of the Affidavit filed by the above-named attorney, and a copy of the Certificate filed by the Louisiana Attorney Disciplinary Board verifying that Mr. Sterling has shown compliance with all the requirements for reinstatement pursuant to Rule XIX, Sec. 23 of the Rules of this Court.  Mr. Sterling has satisfied his requirements for reinstatement to the practice of law in Louisiana, effective **April 9, 2024**.

With kindest regards, I remain,

Very truly yours,

Veronica O. Koclanes
Clerk of Court

By:     Katie Marjanovic
        Chief Deputy Clerk

KM:pal
Enclosure
ccs:    Hon. Lyle W. Cayce, Clerk,
       U.S. Court of Appeals, Fifth Circuit
       Hon. William W. Blevins, USDC, Eastern District
       Hon. Michael McConnell, Clerk, USDC, Middle District
       Hon. Tony R. Moore, USDC, Western Dist.
       Anderson O. Dotson, III, Disc. Counsel
       Michelle LaRose, Director of Finance, LSBA
       Donna Roberts, Administrator, Disciplinary Board
       U.S. Surface Transportation Board
       Regional Director, IRS
       Sandra Vujnovich, Judicial Administrator
       Scott T. Morris, Off. of General Counsel, Social Security Administration
       Cynthia Cotton, Notarial Division, Secretary of State
       Sheral Kellar, Asst. Secretary, Off. of Wrkrs. Comp. Admin.

Hon. Rodd Naquin
Clerk, 1st Circuit Ct. Of Appeal
Hon. Robin Norman Jones
Clerk, 2nd Circuit Ct. Of Appeal
Hon. Renee Simien
Clerk, 3rd Circuit Ct. Of Appeal
Hon. Justin I. Woods
Clerk, 4th Circuit Ct. Of Appeal
Hon. Curtis Pursell
Clerk, 5th Circuit Ct. Of Appeal

ORIGINAL

SUPREME COURT OF LOUISIANA

NO. 2023-B-01094

IN RE: STEPHEN STERLING, III

ATTORNEY DISCIPLINARY PROCEEDING

23 B 1094

---

AFFIDAVIT

---

STATE OF LOUISIAJNA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared STEPHEN STERLING, III, who after being duly sworn stated that: he has served his period of actual suspension, has fully complied with the requirements of the suspension order, has a current attorney registration statement filed as required by Rule XIX, §8(C) of the rules, is current with his bar dues, disciplinary administration and enforcement fees, and has paid his filing fees and disciplinary costs. A certificate from the Administrator of the Disciplinary Board is attached.

DELIVERED BY HAND

_____
Stephen Sterling, III

Sworn to and subscribed before me this ___ day of April, 2024

_____
NOTARY PUBLIC

SHANNON M. FAY
NOTARY PUBLIC
NOTARY ID NO. 89414
JEFFERSON PARISH
STATE OF LOUISIANA

CERTIFICIATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit and attached Certificate issued by the Louisiana Attorney Disciplinary Board has been served on the Office of Disciplinary Counsel to the attention of Deputy Disciplinary Counsel Robin K. Mitchell, 4000 S. Sherwood Forest Blvd., Ste. 607, Baton Rouge, LA 70816, by placing a copy of same in the United States Mail properly addressed and postage prepaid on this ___ day of April, 2024.

_____
Stephen Sterling, III

# ORIGINAL

Louisiana Attorney Disciplinary Board

FILED by:

Docket#          Filed-On

24-CD-031          4/9/2024

### The Louisiana Attorney Disciplinary Board

### IN RE: STEPHEN STERLING, III

### Docket No: 24-CD-031

### Supreme Court No.: 2023-B-01094

**23 B 1094**

## C E R T I F I C A T E

I, Donna L. Roberts, Administrator for the Louisiana Attorney Disciplinary Board, do hereby certify that the costs associated with disciplinary proceedings referenced above, namely: prior disciplinary costs in the amount of **$1,472.38;** filing fees to the Louisiana Supreme Court in the amount of **$330.00**; bar dues ($200.00) and disciplinary assessment ($235.00) fees all have been paid in accordance with Rule XIX, §23.

Metairie, Louisiana this 9TH day of **APRIL, 2024**

Donna L. Roberts
Board Administrator

DELIVERED BY HAND

**Supreme Court**
STATE OF LOUISIANA
400 ROYAL ST.
New Orleans
70130

NEW ORLEANS LA 700

12 APR 2024 PM 2

FIRST CLASS

US POSTAGE PITNEY BOWES

ZIP 70130 $ 000.64⁰
02 7W
0008026746 APR. 12. 2024

Attn: Hon. Michael McConnell, Clerk of Court
U. S. DISTRICT COURT --- Middle District
777 Florida St.
Ste. 139
Baton Rouge, LA 70801

SCREENED
OK
70801-176699
U.S. MARSHAL